# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANAL ELSHAMY,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-00874-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>(ECF No. 6) |

　　　　Plaintiff initiated this action on June 7, 2023. (ECF No. 1.) The initial scheduling conference is currently set for October 5, 2023. (ECF No. 3.)

　　　　On July 6, 2023, the parties filed a stipulated request to extend the deadline for Defendant to respond to the complaint, up to and including August 14, 2023. (ECF No. 6.) The parties proffer Defendant seeks additional time to respond to the complaint because she is currently seeking legal counsel to represent her in this matter. The Court finds good cause exists to grant the extension.

///

///

///

///

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have up to and including **August 14, 2023** to respond to the complaint in this matter.

IT IS SO ORDERED.

Dated:   **July 7, 2023**

UNITED STATES MAGISTRATE JUDGE