Brandt L. Wolkin, Esq. SBN 112220
Catharine M. Tolson, Esq. SBN 271223
WOLKIN · CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California 94108
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
bwolkin@wolkincurran.com
ctolson@wolkincurran.com

Attorneys for plaintiff
GRANGE INSURANCE ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>MANAL ELSHAMY, an individual, AND DOES 1-10,<br><br>            Defendants. | Case No.  1:23-cv-00874-CKD<br><br>**JUDGMENT** |

    Pursuant to the Stipulation for Judgment entered into between plaintiff GRANGE INSURANCE ASSOCIATION and defendant MANAL ELSHAMY, ECF No. 11., the Court finds it appropriate to enter Judgment in favor of GRANGE INSURANCE ASSOCIATION as follows:

    Pursuant to California Insurance Code § 331, Judgment of Rescission is hereby entered in favor of Grange Insurance Association as to Grange Homeowners Policy No. 5233084733, effective September 27, 2018 through September 27, 2023 (the "Policy"), issued to its insured, Manal Elshamy.  The Policy is hereby rescinded and void *ab initio*.

///

With judgment hereby entered in favor of Grange Insurance Association, this action is ordered dismissed on the merits with prejudice.  The court declines the parties' request to retain jurisdiction to enforce the terms of the parties' settlement agreement.  See <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381 (1994).  Upon entry of judgement herein, this judgment is final for all purposes.

      IT IS SO ORDERED.

Dated:  October 24, 2023

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

21,gran.0874